1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE L. ROMAN NOSE,<br><br>                  Plaintiff,<br>    vs.<br><br>NEW MEXICO DEPARTMENT OF<br>HUMAN SERVICES OF TAOS<br>COUNTY, et al.,<br><br>                 Defendant. | CASE NO. 95cv1218 BTM (AJB)<br><br>**ORDER DENYING PETITION FOR MANDAMUS [Doc. #63]** |

On February 7, 2007, Plaintiff, now identified as Laurie E. Lasker, filed a document entitled "Petition for Mandamus to Compel Examination of the Children's Court Record for Lack of Jurisdiction to Determine if its Order is Void Under the All Writs Act."  Plaintiff requests that a writ of mandamus be issued commanding The Children's Court of New Mexico to send a full copy of the record of its proceedings terminating her parental rights, which apparently occurred in 1986.

In a December 2006 order, this Court denied Plaintiff's motion to reopen this case. The case had laid dormant since 1999, when the Court of Appeals for the Ninth Circuit affirmed this Court's order denying reconsideration of its dismissal of Plaintiff's claims.  The case remains closed and, thus, Plaintiff's petition for mandamus is not properly directed to this Court.  Furthermore, the Court cautions Plaintiff that any future petitions for mandamus to a New Mexico agency or court should be addressed to a court in New Mexico, not California.

1       Accordingly, Plaintiff's petition is **DENIED**.

2

3  **IT IS SO ORDERED.**

4

5  DATED:  May 14, 2007

6                             Hon. Barry Ted Moskowitz

7                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

95cv1218